[No. 20676–1–I.   Division One.   December 27, 1988.]

STATE FARM FIRE & CASUALTY COMPANY, *Respondent,* v.
WILLIAM PHILIPS, *Defendant,* BEVERLY LaBOUNTY,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–2–21390–2, Frank L. Sullivan, J., entered

June 4, 1987. *Reversed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Swanson, J.